```
BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-MJ-00087-DAD |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING COURT |
| | ) | TRIAL |
| v. | ) | |
| | ) | Date:   May 29, 2013 |
| JOHN D. SCHEMA, | ) | Time:   9:00 A.M. |
| | ) | Judge:  Hon. Dale A. Drozd |
| Defendant. | ) | |
| _____ | ) | |

It is hereby ordered that the court trial scheduled for May 29, 2013 at 9:00 a.m. is continued to August 7, 2013, 2013 at 9:00 a.m.

IT IS SO ORDERED.

DATED: May 15, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
schema0087.stipord.cont.trial