

**FILED**

AUG - 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  BARBARA G. BORKOWSKI
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California   95814
4  Telephone: (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  2:13-MJ-00087-DAD
                                    )       D~P
12              Plaintiff,          )  [PROPOSED] ORDER CONTINUING COURT
                                    )  TRIAL
13      v.                          )
                                    )  Date:    August 7, 2013
14 JOHN D. SCHEMA,                  )  Time:    9:00 A.M.
                                    )  Judge:   Hon. Dale A. Drozd
15              Defendant.          )
                                    )

16

17      It is hereby ordered that the court trial scheduled for August 7,

18 2013 at 9:00 a.m. is continued to October 9, 2013, 2013 at 9:00 a.m.

19

20

21      IT IS SO ORDERED.

22 Dated: _Ausust 5_, 2013

                                    Dale A. Dod
23
                                    _____
24                                  HON. DALE A. DROZD
                                    United States Magistrate Judge
25

26

27

28