HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JOHN SCHEMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN SCHEMA,<br><br>　　　　　　Defendant. | NO. 13-MJ-00087-DAD<br><br>STIPULATION AND MOTION TO WITHDRAW, SUBSTITUTE CJA COUNSEL AND TO VACATE THE TRIAL DATE; AND ORDER<br><br>DATE:  December 11, 2013<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

　　　　This case is currently set for court trial on December 11, 2013. The federal defender's office was appointed to this case on March 12, 2013 at Mr. Schema's initial appearance. Since that time there has been a superseding information filed on September 27, 2013.

　　　　The defendant, John Schema, has expressed to his counsel that he has lost faith and confidence in their ability to represent him in this action. This lack of confidence has resulted in a breakdown of communications making it difficult, if not impossible, to try and resolve the case or to prepare for trial on the superseding information.

　　　　The Ninth Circuit has held that in ruling on a defense motion to substitute counsel, the Court should consider the timeliness of the request and whether the conflict was so great that it resulted in a total lack of communication and which could prevent an adequate defense. *United*

-1-

*States v. George*, 85 F.3d 1433 (9th Cir. 1996); *United States v. Walker*, 915 F.2d 480, 484 (9th Cir.1990) overruled on other grounds at *United States v. Norby*, 225 F.3d 1053 (9th Cir. 2000). Where a client is forced into trial with an attorney with whom he will not cooperate or communicate the attorney is unable to present an adequate defense. *Id*.

CJA Counsel, Robert Wilson, has been contacted and is prepared to take over representation. He is unable, however, to go to trial on the current date. The government takes no position regarding the substitution of counsel but does agree and stipulate that the trial date can be vacated and the matter set for a status conference on December 11, 2013 at 9:00 a.m. Mr. Schema also consents to the continuance.

Dated: November 26, 2013                     Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Linda C. Harter*
                                             LINDA C. HARTER
                                             Chief Assistant Federal Defender
                                             Attorney for Defendant
                                             JOHN SCHEMA

Dated: November 26, 2013

                                             */s/ Linda C. Harter*
                                             ROBERT WILSON
                                             Attorney at Law

                                             */s/ Linda C. Harter*
                                             JOHN SCHEMA
                                             Defendant

**ORDER**

IT IS SO ORDERED.

Dated: December 3, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
13mj0387.Schema.stipord

-2-