

```
BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHN D. SCHEMA,<br><br>       Defendant. | 2:13-MJ-00087-DAD<br><br>[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br><br>DATE:  March 3, 2014<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

It is hereby ordered that the status conference currently scheduled for March 4, 2014 is continued to April 1, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 3/3/14

_____
HON. DALE A. DROZD
United States Magistrate Judge

1