

FILED
MAR 31 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  PETER M. MULARCZYK
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
   (916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00087-AC |
| Plaintiff, | ) [~~PROPOSED~~] DA.D ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| JOHN D. SCHEMA, | ) DATE: April 1, 2014 |
| Defendant. | ) TIME: 10:00 a.m. |
| | ) JUDGE: Hon. Dale A. Drozd |

It is hereby ordered that the status conference currently scheduled for April 1, 2014 is continued to April 15, 2014.

IT IS SO ORDERED.

Dated: 3/31/14                    /s/ Dale A. Drozd
                                  HON. DALE A. DROZD
                                  United States Magistrate Judge

1