```
BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00087-DAD |
| | ) |
| Plaintiff, | ) ORDER TO CONTINUE STATUS |
| | ) CONFERENCE |
| v. | ) |
| | ) |
| JOHN D. SCHEMA, | ) |
| | ) DATE:  April 15, 2014 |
| Defendant. | ) TIME:  10:00 a.m. |
| | ) JUDGE: Hon. Dale A. Drozd |
| | ) |
| | ) |

It is hereby ordered that the status conference currently scheduled for April 15, 2014 is continued to April 29, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  April 10, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
Dad1.crim
Schema0087.ord.cont.stat
```

1