ROBERT M. WILSON (State Bar NO. 122731)
KIMBALL & WILSON, LLP
3600 AMERICAN RIVER DRIVE, SUITE 215
SACRAMENTO, CALIFORNIA 95864
TELEPHONE: (916) 927-0700
FACSIMILE:   (916) 927-0701

Attorney for Defendant JOHN SCHEMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:13-mj-00087-DAD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING AND SETTING A BRIEFING SCHEDULE** |
| vs. | |
| JOHN D. SCHEMA, | Judge:  Hon.  Dale E.  Drozd |
| Defendant. | Trial date: Not set |
| _____/ | |

The parties, by and through their respective counsel, stipulate to the vacating of the current hearing date of September 16, 2014, and adopt the following motion and hearing schedule.

Defense motion to dismiss filed September 11, 2014;

Government's response due September 23, 2014;

Defense reply, if any, due October 14, 2014;

Motion to dismiss hearing set for October 21, 2014, at 10:00 in Courtroom 27 for Magistrate Judge Dale A.  Drozd.

/ / /

/ / /

/ / /

/ / /

The defendant specifically waives time under the Speedy Trial Act, Local Code T-2, T-4, and the United States Constitution up to and including the date of the hearing on this matter.

DATED: August 7, 2014                    KIMBALL & WILSON, LLP

                                         /s/ Robert M. Wilson
                                    By:_____
                                         ROBERT M. WILSON
                                         Attorney for Defendant JOHN D. SCHEMA



                                         BENJAMIN B.  WAGNER
                                         United States Attorney

                                         /s/ Robert M.  Wilson for
DATED: August 7, 2014               By:_____
                                         PETER M.  MULARCZYK
                                         Special Assistant U.S. Attorney
                                         Plaintiff Pro Per

                              **ORDER**

Good cause appearing, the current hearing date of September 16, 2014, is vacated and the following briefing schedule is adopted:

Defense motion to dismiss filed September 11, 2014;

Government's response due September 23, 2014;

Defense reply, if any, due October 14, 2014;

Motion to dismiss hearing set for October 21, 2014, at 10:00 in Courtroom 27 for Magistrate Judge Dale A.  Drozd.

The defendant specifically waives time under the Speedy Trial Act, Local Code T-2, T-4, and the United States Constitution up to and including the date of the hearing on this matter.

IT IS SO ORDERED.
Dated:  August 8, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Schema0087.stipo.cont.hrg.doc