1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON M. LEONG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
   (916) 554-2900 FAX
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) CASE NO. 2:13-MJ-00087-DAD
                                )
12         Plaintiff,            ) STIPULATION TO CONTINUE TRIAL
                                ) CONFIRMATION HEARING AND CONTINUE
13    v.                        ) COURT TRIAL
                                )
14 JOHN D. SCHEMA,              )
                                )
15         Defendant.            ) DATE:  January 28, 2015
                                ) TIME:  10:00 a.m.
16                              ) JUDGE: Hon. Dale A. Drozd
                                )
17

18      The United States Attorney through its respective counsel, Jason

19 Leong, Special Assistant United States Attorney, and Robert Wilson,

20 attorney for the defendant, JOHN D. SCHEMA, hereby stipulate to

21 continue the trial confirmation hearing scheduled for January 28,

22 2015 at 10:00 a.m. to April 28, 2015 at 9:00 a.m.  The parties

23 further stipulate to continue the court trial scheduled for February

24 9, 2015, at 9:00 a.m. to May 11, 2015 at 9:00 a.m.

25 ///

26 ///

27 ///

28 ///

Stipulation and Proposed Order       1        U.S. v. JOHN D. SCHEMA

1   Accordingly, the United States and the defendant jointly request
2  to continue the trial confirmation hearing scheduled for January 28,
3  2015 at 10:00 a.m. to April 28, 2015 at 9:00 a.m.  The parties
4  further request that the court trial scheduled for February 9, 2015,
5  at 9:00 a.m. be continued to May 11, 2015 at 9:00 a.m.
6
7  DATED: January 26, 2015         BENJAMIN B. WAGNER
                                   United States Attorney
8
9
                                    /s/ Jason M. Leong
10                                 JASON M. LEONG
                                   Special Assistant U.S. Attorney
11
12 DATED: January 26, 2015          /s/ Robert M. Wilson
                                   ROBERT M. WILSON
13                                 Kimball & Wilson LLP
                                   Counsel for Defendant
14
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN D. SCHEMA,<br><br>Defendant. | CASE NO. 2:13-MJ-00087-DAD<br><br>ORDER CONTINUING TRIAL CONFIRMATION HEARING AND CONTINUING COURT TRIAL<br><br>DATE:  January 28, 2015<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

It is hereby ordered that the trial confirmation hearing scheduled for January 28, 2015 at 10:00 a.m. is continued to April 28, 2015 at 9:00 a.m.  It is further ordered that the court trial scheduled for February 9, 2015, at 9:00 a.m. is continued to May 11, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Schema0087.stipo.cont.dates

Stipulation and Proposed Order        3        U.S. v. JOHN D. SCHEMA