# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
OCT 20 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:13 mj 0087 OAD

John D. Schema

**ORDER TO PAY**

SOCIAL SECURITY #: 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
DATE OF BIRTH: 9-12-59
DRIVER'S LICENSE #: B8014902
ADDRESS: 10233 School Street    (mailing: General delivery,
N. San Juan    CA    95960        North San Juan, CA
CITY           STATE   ZIP CODE                  95960

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: 10-20-15    X _____
                        DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

( ) Fine: $ _____ and a penalty assessment of $ 30.00 for a TOTAL AMOUNT OF: $ 30.00 within forthwith days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
(✓) Restitution: 20,015.06
(✗) Community Service 50 hours _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

☐ **CENTRAL VIOLATIONS BUREAU**
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

☐ **CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

☒ **CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 10/20/15

**DALE A. DROZD**
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                    EDCA-3