```
BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO. 2:13-MJ-00087-DAD |
| )  Plaintiff,               ) | STIPULATION AND [PROPOSED] ORDER |
| )                            ) | FOR RESTITUTION PAYMENT SCHEDULE |
| v.                           ) | PURSUANT TO SENTENCING ORDER |
| JOHN D. SCHEMA,              ) | |
| )  Defendant.               ) | |

   The United States Attorney through its respective counsel, Elliot C. Wong, Special Assistant United States Attorney, and Jennifer C. Noble, attorney for the defendant, John D. Schema, hereby stipulate to set the defendant's monthly restitution payments according to the following graduated schedule:

   - During the first six months of court probation, the defendant shall make monthly payments of at least $25.00;
   - During the following six months of court probation, the defendant shall make monthly payments of at least $50.00; and
   - During the following four years of court probation, the defendant shall make monthly payments of at least $100.00.

Stipulation and [Proposed] Order          1          U.S. v. John D. Schema

Each installment shall be due by the first calendar day of that month.  All restitution payments shall be made to the Clerk of the Court.  This stipulation is made pursuant to the Court's sentencing order on October 20, 2015 (Dkt. 56).

DATED: December 17, 2015         BENJAMIN B. WAGNER
                                 United States Attorney


                                 _/s/ Elliot C. Wong_____
                                 ELLIOT C. WONG
                                 Special Assistant U.S. Attorney


DATED: December 17, 2015         _/s/ Jennifer C. Noble_____
                                 JENNIFER C. NOBLE
                                 Counsel for Defendant

   IT IS ORDERED THAT good cause exists to set the defendant's monthly restitution payments according to the following graduated schedule:
   - The defendant shall pay monthly payments of at least $25.00 during the first six months of court probation;
   - The defendant shall pay monthly payments of at least $50.00 during the following six months of court probation; and
   - The defendant shall pay monthly payments of at least $100.00 during the following four years of court probation.

IT IS FURTHER ORDERED THAT the defendant shall pay each installment by the first calendar day of that month.  All restitution payments shall be made to the Clerk of the Court.

   IT IS SO ORDERED.

Dated:  January 4, 2016          _____
                                 United States Magistrate Judge