IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | 2:13-mj-00087-EFB |
|                                      ) | |
|          Plaintiff,                  ) | **ORDER TO SHOW CAUSE AND ORDER** |
|                                      ) | **TO ISSUE SUMMONS RE: PROBATION** |
|     v.                               ) | **REVOCATION** |
|                                      ) | |
| JOHN D. SCHEMA,                      ) | |
|                                      ) | |
|          Defendant.                  ) | |
|                                      ) | |
|                                      ) | |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on March 14, 2016, at 10:00 a.m. to show cause why the probation granted on October 20, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

Order To Show Cause                                                      U.S. v. Schema

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on March 14, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 22, 2016

Hon. Edmund F. Brennan
United States Magistrate Judge