IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:13-mj-00087-EFB |
|---|---|
| Plaintiff, | ) **ORDER TO SHOW CAUSE AND ORDER** |
|  | ) **TO ISSUE NOTICE TO APPEAR RE:** |
| v. | ) **PROBATION REVOCATION** |
| JOHN D. SCHEMA, | ) |
| Defendant. | ) |

### **ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on March 28, 2016, at 10:00 a.m. to show cause why the probation granted on October 20, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

Order To Show Cause                                                                    U.S. v. Schema

1   It is further ordered that the Clerk's office shall issue a notice to appear directing the defendant to appear on March 28, 2016, at 10:00 a.m.

   The notice shall be served on the defendant at the address provided in the Government's request, ECF No. 73, at 7:6-8 and on Carolyn Wiggin at the Office of the Federal Defender.

   The original order to show cause issued on February 23, 2016 is withdrawn, and the March 14, 2016 hearing is vacated.

   IT IS SO ORDERED.

Dated: March 3, 2016

_____
Hon. Edmund F. Brennan
United States Magistrate Judge